UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 22-754 |
| v. | : | |
| | : | Hon. Julien X. Neals |
| JAYANT BHATIA | : | |

## ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of the United States, by Alina Habba, Acting United States Attorney for the District of New Jersey (Jihee G. Suh, Assistant U.S. Attorney, appearing), and defendant Jayant Bhatia (Lee Vartan, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.    The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.

2.    The discovery in the case is expected to be voluminous, consisting of, among other things, financial records and records of email and telephone communications, and additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel have sufficient time to review and inspect discovery and further investigate the charges in this matter.

3.    Plea negotiations are ongoing, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render motion practice and a trial in this matter unnecessary.

4.    As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 28th day of July, 2025,

ORDERED that this action be, and hereby is, continued until **August 31, 2025**, allowing the parties additional time to engage plea negotiations and/or preparations for trial; and it is further

ORDERED that the period from the date of this order through **August 31, 2025**, be and hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
HONORABLE JULIEN X. NEALS
UNITED STATES DISTRICT JUDGE

Form and entry
consented to:


*/s/  Jihee G. Suh*
JIHEE G. SUH
Assistant U.S. Attorney


*/s/  Lee Vartan*
Lee Vartan, Esq.
Counsel for Defendant